UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

## RECOMMENDATION OF DISMISSAL
## FOR FAILURE TO PAY RETAINER FEES

On July 12, 2013, the Special Master filed an Order directing the following plaintiffs to comply by paying delinquent retainer fees, in the amounts shown and as previously directed, no later than July 19, 2013. As of August 6, 2013, these delinquencies have not been fully paid.

The Special Master recommends dismissal of the following cases:

| CA Number | Case name | Amount Due |
|---|---|---|
| CA 12-251 | Sauer v. Mortgage Elctronic Registration Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-289 | Pelicano et al v. Sovereign Bankcorp et al<br>For retainer payments due November 10, 2012 and May 15, 2013 | $260 |
| CA 12-318 | DiSanto et al v. JP Morgan Bank, N.A. et al<br>For retainer payments due November 10, 2012 and February 7, 2013 | $260 |
| CA 12-343 | Kun v. Mortgage Electronic Registration Systems et al<br>For retainer payments due November 10, 2012, February 7, 2013, and May 15, 2013 | $400 |
| CA 12-384 | Diaz v. Wells Fargo Bank, NA et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-388 | Rosa v. Citimortgage, Inc. et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-400 | Duco v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payments due November 10, 2012, February 7, 2013, and May 15, 2013 | $400 |
| CA 12-419 | Mendez v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payment due November 10, 2012 | $120 |

| CA Number | Case name | Amount Due |
|---|---|---|
| CA 12-420 | Arango v. Mortgage Electronic Registration Systems, Inc. et al<br>For the remainder of the February 7, 2013 retainer and for the full May 15, 2013 retainer payment | $160 |
| CA 12-429 | O'Connell v. Bank of America Home Loans et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-434 | Hoag v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payments due November 10, 2012, February 7, 2013, and May 15, 2013 | $400 |
| CA 12-447 | Espinoza v. Mortgage Electronic Registrations Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-518 | Gordon v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-525 | Cuello v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-553 | Riccardi v. Chase Bank USA N.A.<br>For retainer payments due November 10, 2012, February 7, 2013, and May 15, 2013 | $400 |
| CA 12-563 | Nugeness et al v. Wells Fargo Bank, N.A. et al<br>For retainer payment due February 7, 2013 | $140 |
| CA 12-570 | Romain v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-612 | Hernandez et al v MERS et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-618 | Paolino v. Brooks et al<br>For retainer payment due February 7, 2013 | $140 |
| CA 12-619 | Fernandez v. American Servicing Co. et al<br>For retainer payment due February 7, 2013 | $140 |
| CA 12-625 | Prieto v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-654 | Ross et al v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-675 | Moua v. Mortgage Electronic Registration Systems et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-697 | Dumais v. JP Morgan Chase Bank NA et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-704 | Chhouck v. Mortgage Electronic Registration Systems et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-748 | Meresi v. Mortgage Electronic Registration Services, Inc. et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-749 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |

| CA Number | Case name | Amount Due |
|---|---|---|
| CA 12-764 | Sagoe v. PNC Bank, NA<br>For the remainder of the February 7, 2013 retainer and for the full May 15, 2013 retainer payment | $240 |
| CA 12-765 | Ahmadjian v. HSBC Bank USA, N.A.<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-769 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-818 | D'Alessio et al v. Chase Bank, NA et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-863 | Moise, Sr. v. Federal National Mortgage Association et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-871 | Dan-Harry v. National City Bank of Indiana et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-891 | Huynh v. Long Beach Mortgage Company, Inc. et al<br>For retainer payment due February 7, 2013 | $40 |
| CA 12-903 | Crichlow v. OneWest Bank, FSB et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 12-925 | Medina et al v. Wells Fargo Bank, N.A. et al<br>For retainer payments due February 7, 2013 and May 15, 2013 | $280 |
| CA 12-950 | Rodriguez et al v. JP Morgan Chase Bank, N.A. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-010 | Serrano v. Federal National Mortgage Association et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-011 | Zelazny v. Wells Fargo Bank, NA et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-039 | Duncan v. Wells Fargo Bank, N.A. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-049 | Marandola et al v. Beneficial Rhode Island Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-057 | Bracamonte et al v. U.S. Bank National Association et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-060 | Darosa v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-061 | Reitz et al v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-079 | Guilmette Jr. v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-089 | Olivo v. Bank of New York Mellon et al<br>For retainer payment due May 15, 2013 | $140 |

| CA Number | Case name | Amount Due |
|---|---|---|
| CA 13-093 | Seggos v. Deutsche Bank National Trust Company et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-130 | Mom v. Mortgage Electronic Registration Systems Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-133 | Martel v. Mortgage Electronic Registration Systems, Inc. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-143 | Linkous v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-148 | Martin et al v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-166 | Marcello v. Wells Fargo Bank, N.A. et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-188 | Carty v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-189 | Pina et al v. Mortgage Electronic Registration Systems et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-197 | Sanchez v. HSBC Bank, USA et al<br>For retainer payment due May 15, 2013 | $140 |
| CA 13-198 | Capaldi v. Bank United, FSB et al<br>For retainer payment due May 15, 2013 | $140 |

_____  
Barbara Hurst  
Deputy Special Master

8/7/2013  
Date